786 F.2d 1166
 Unpublished Disposition
NOTICE: Sixth Circuit Rule 24(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Sixth Circuit.
KEVIN RUDDY Plaintiff-Appellant
vs.
UNITED STATES OF AMERICA, DEPARTMENT OF THE ARMY Defendant-Appellee.
 85-5376
 United States Court of Appeals, Sixth Circuit.
 2/6/86
 
 W.D.Ky.
 AFFIRMED
 ORDER
 BEFORE: CONTIE AND MILBURN, Circuit Judges; and CELEBREZZE, Senior Circuit Judge.
 
 
 1
 This cause having come on the be heard upon the record, the briefs and the oral argument of the parties, and upon due consideration thereof,
 
 
 2
 It is ORDERED that the judgment of the district court be, and it hereby is, affirmed upon the opinion of the district court.